# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA KUBA,**

       **Plaintiff,**

**v.**                                                                                                         **Case No: 6:21-cv-312-JA-LRH**

**DISNEY FINANCIAL SERVICES, LLC,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR JACLYN S. CLARK, ESQ. TO WITHDRAW AS COUNSEL FOR DEFENDANT (Doc. 32)**
>
> **FILED:** August 9, 2021
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Jaclyn S. Clark, Esq. withdraws as counsel for Defendant. (Doc. 32). Defendant remains represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2021.

*[Signature: Leslie R. Hoffman]*

**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Counsel of Record