# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SANDRA KUBA,

    Plaintiff,

v.                                               Case No. 6:21-cv-312-JA-LHP

DISNEY FINANCIAL SERVICES, LLC,

    Defendant.

## ORDER

Defendant Disney Financial Service's LLC's Unopposed Motion for Leave for Local Counsel to Appear Telephonically at August 9, 2022 Hearing (Doc. 54) is **GRANTED**.

Attorney Mary Ruth Houston shall call 1-888-684-8852, access code 4135515, Security Code 080922 for the 1:30 pm. hearing on August 9, 2022.

**DONE and ORDERED** in Orlando, Florida, on August 2nd, 2022.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties