UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA KUBA,

    Plaintiff,

v.                                               Case No. 6:21-CV-312-JA-LRH

DISNEY FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

## TIME-SENSITIVE JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT PRETRIAL STATEMENT AND TRIAL BRIEFS AND INCORPORATED MEMORANDUM OF LAW

Defendant, Disney Financial Services, LLC, and Plaintiff, Sandra Kuba, (together, the "Parties) pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01(e), respectfully move for the entry of an order enlarging the time for the Parties to submit their Joint Pretrial Statement (including jury instructions, verdict form, and voir dire questions) and respective trial briefs (collectively, "Pretrial Filings") through and including September 6, 2022. In support of this motion, the Parties state:

1.     This instant Joint Motion for Enlargement of Time is time-sensitive pursuant to Local Rule 3.01(e) in that it is submitted on Thursday, August 25, 2022, to extend a Court deadline currently set for Monday, August 29, 2022. The Parties have not unreasonably delayed in submitting this Joint Motion as the need for such an enlargement became known only late on August 24, 2022 following the entry of

the Court's Order on the Parties' respective summary judgment motions (Doc. 60). The Parties immediately thereafter conferred regarding the need for a brief extension and were in agreement. The Parties respectfully request a ruling on this instant Joint Motion no later than August 26, 2022.

2. Defendant filed its Motion for Summary Judgment (Doc. 38) and Plaintiff filed her Motion for Partial Summary Judgment (Doc. 37) on May 6, 2022. The Court held a hearing on the Parties' pending summary judgment motions on August 9, 2022 (Notice of Hearing, Doc. 53).

3. On August 2, 2022, counsel for the Parties held their pretrial meeting to confer about the preparation and contents of their Joint Pretrial Statement and to discuss all other pretrial deadlines and filings. Since then, the Parties have diligently worked with each other to prepare the Joint Pretrial Statement, including their respective exhibit and witness lists, objections thereto, as well as proposed jury instructions and verdict forms.

4. Currently, the Pretrial Filings are due August 29, 2022.

5. On August 24, 2022, at 5:17 PM EST, this Court issued its Order on the Parties' respective summary judgment motions (Doc. 60). In light of the Order, good cause exists to extend the deadline for the Pretrial Filings and for the granting of this motion. The Parties agree that the Order has implications with regard to the Parties' respective and joint positions to be articulated in the Joint Pretrial Statement and their respective trial briefs, as well as the jury instructions. A brief extension of time will permit the parties to confer further and modify the Pretrial Filings as necessary

in light of the Order. Further, such an extension will further the interests of efficiency and justice, as it will provide the Parties sufficient time to present the Court with more useful Pretrial Filings that thoroughly consider the Order. Both Parties are in agreement, and accordingly, neither party will be prejudiced.

6. This Joint Motion is made in good faith and not for purposes of delay. The Court has not yet scheduled a final pretrial conference, and the trial is not set until the October docket. Moreover, the parties are not requesting an extension of any other deadlines.

## **MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 6(b), the Court, it its discretion, may enlarge the period for taking required or allowed action if the request is made before the expiration of the originally prescribed period. Under the rule, reasonable enlargements of time when requested at the appropriate time are liberally granted, especially when no prejudice will be suffered.

WHEREFORE, for the reasons set forth above, the Parties respectfully request entry of an order extending its deadline to submit the Pretrial Filings by eight calendar days, to September 6, 2022.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

The Parties jointly request the relief described herein and therefore neither party oppose the same.

Date: August 25, 2022                    Respectfully submitted,

/s/ Frank M. Malatesta
FRANK M. MALATESTA, ESQ.
Florida Bar No. 0097080
MALATESTA LAW OFFICE
871 Venetia Bay Blvd., Suite 235
Venice, Florida 34285
Telephone: (941) 256-3812
Facsimile: (888) 501-3865
frank@malatestalawoffice.com
staff@malatestalawoffice.com
*Attorney for Plaintiff*


/s/ Mary Ruth Houston
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 834440
Email address: mhouston@shutts.com
REED SEBASTIAN ARROYO, ESQ.
Florida Bar No. 1013893
Email address: sarroyo@shutts.com
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

and

STEPHEN L. BERRY, ESQ.
(Admitted Pro Hac Vice)
Email: stephenberry@paulhasting.com
**PAUL HASTINGS LLP**
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                         */s/ Mary Ruth Houston*
                                         MARY RUTH HOUSTON, ESQ.
                                         *Attorney for Defendant Disney Financial Services, LLC*

ORLDOCS 19912923 2