UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA KUBA,

      Plaintiff,

v.                                  Case No. 6:21-cv-312-JA-LHP

DISNEY FINANCIAL SERVICES, LLC,

      Defendant.

| UNITED STATES MAGISTRATE JUDGE: | Embry J. Kidd | COURTROOM: | 4C |
|---|---|---|---|
| | | COUNSEL FOR PLAINTIFF: | Frank Malatesta |
| DATE/TIME:<br><br>TOTAL TIME: | September 23, 2022<br>9:30 A.M.- 12:43 P.M.<br>3:13 | COUNSEL FOR DEFENDANT: | Mary Ruth Houston<br>Stephen L. Berry |

CLERK'S MINUTES
SETTLEMENT CONFERENCE

Court addresses parties and begins settlement conference.
The parties attended with appropriate representatives and reached a SETTLEMENT.
Conference concludes at 12:43 P.M.