UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA KUBA,

    Plaintiff,

v.                                Case No: 6:21-cv-312-JA-LHP

DISNEY FINANCIAL SERVICES, LLC,

    Defendant.

## NOTICE

Notice is given that this case settled at the magistrate judge settlement conference held earlier today.

**DONE** in Orlando, Florida on September 23, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE