# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA KUBA,**
        **Plaintiff,**

**v.**                                                **Case No. 6:21-cv-312-JA-LHP**

**DISNEY FINANCIAL SERVICES, LLC,**
        **Defendant.**

## ORDER

The Court has been advised that the above-styled action settled during a magistrate judge settlement conference. (Notice, Doc. 73).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** on September 26, 2022.



JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record